ELIZABETH OHLY, RESPONDENT, *v.* LOUIS M. OHLY,
  SUED AS LOUIS OHLY, APPELLANT.

Order reversed, and motion granted, without costs.

Opinion by BARRETT, J.

JAMES J. HIGGINSON, APPELLANT, *v.* THE FARMERS'
  LOAN AND TRUST COMPANY, RESPONDENT.

Order affirmed, with $10 costs, and disbursements of the appeal.

Opinion by BARRETT, J.

SPENCER ERVIN AND OTHERS, RESPONDENTS, *v.* THE ORE-
  GON RAILWAY AND NAVIGATION COMPANY, AP-
  PELLANT, IMPLEADED WITH OTHERS.

Order allowing commission affirmed, with $10 costs, and disburse-
ments.

Opinion PER CURIAM.

THE RECTOR, CHURCHWARDENS AND VESTRYMEN
  OF THE CHURCH OF THE REDEMPTION, RESPOND-
  ENT, *v.* THE RECTOR, CHURCHWARDENS AND VES-
  TRYMEN OF GRACE CHURCH, APPELLANTS.

Judgment affirmed.

Opinion by DANIELS, J.

SARAH L. S. LEE AND FREDERICK G. LEE, HER HUSBAND,
  RESPONDENTS, *v.* ELIZABETH A. LE ROY AND OTHERS,
  EXECUTORS, &C., OF HERMAN C. LE ROY, DECEASED, APPEL-
  LANTS, IMPLEADED WITH ALEXANDER S. WEBB, AND
  OTHERS.

Judgment affirmed.

Opinion PER CURIAM.

SPENCER C. THOMSON, RESPONDENT, *v.* WILLIAM N.
  GRISWOLD, APPELLANT, IMPLEADED, &C.

Order reversed, with $10 costs, and disbursements; and motion
denied, with $10 costs.

Opinion by DAVIS, P. J.